UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | Hon. Faith S. Hochberg |
| v. | : | Criminal No. 09-222 (FSH) |
| ROSLYN WEMBLEY | : | <u>ORDER</u> |

This matter having come before the Court on the joint application of Paul J. Fishman, United States Attorney for the District of New Jersey (by Zahid N. Quraishi, Assistant U.S. Attorney), and Roslyn Wembley (by her attorney Linda Foster, AFPD) for an order amending the judgment of conviction entered by the Court on October 21, 2010:

IT IS HEREBY ORDERED that the portion of the sentence imposing a term of imprisonment of 8 months on Roslyn Wembley – 4 months of imprisonment and 4 months of home confinement – is vacated;

IT IS FURTHER ORDERED that Roslyn Wembley is to be imprisoned for 4 months;

IT IS FURTHER ORDERED that the original term of supervised release of 2 years shall continue, the first 4 months of which will require Roslyn Wembley to be confined to her home subject to the same conditions imposed by the Court on October 21, 2010; and

IT IS FURTHER ORDERED that all other portions of the judgment of conviction entered by the Court on October 21, 2010 shall remain in full force and effect; and

IT IS FURTHER ORDERED that the Defendant voluntarily surrender to the Institution on a date and time to be set by the Bureau of Prisons, on or after February 21, 2011.

                                                                    s/ Faith S. Hochberg
                                                                  HON. FAITH S. HOCHBERG
                                                                  United States District Judge